EDDIE RICHARDS

VERSUS

24TH JUDICIAL DISTRICT COURT

NO. 25-KH-382

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

September 08, 2025

Linda Tran
First Deputy Clerk

**IN RE** EDDIE RICHARDS

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD L. FORET, DIVISION "H", NUMBER 21-1474

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Stephen J. Windhorst

**WRIT DENIED**

Relator's application for a Writ of Mandamus is hereby denied as moot. Relator seeks mandamus relief from this Court instructing the district court to rule on his Emergency Petition for a Writ of Habeas Corpus dated March 3, 2025 and filed on March 17, 2025.  Our review of the record indicates that the district court has, in fact, ruled on Relator's petition.

The district court denied Relator's petition on March 21, 2025, and the service return shows that prison authorities received a copy of that ruling on April 9, 2025. (See attached March 21, 2025 ruling).  Accordingly, Relator's application to this Court is denied as moot.

Gretna, Louisiana, this 8th day of September, 2025.

FHW
SMC
SJW

25-KH-382

TWENTY FOURTH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

NO. 21-1474                                                    DIVISION "H"

STATE OF LOUISIANA

VERSUS

EDDIE RICHARDS

FILED: *March 21, 2025*                    _____
                                                   **DEPUTY CLERK**

### ORDER

This matter comes before the court on the defendant's **PETITION FOR A WRIT OF HABEAS CORPUS, STAMPED AS FILED ON MARCH 17, 2025.**

There is no conviction connected with this case number. The state entered a nolle prosequi on all counts on November 7, 2022.

The court notes that the defendant is currently incarcerated as a result of his conviction in case number 22-5631. In that case, on April 24, 2023, the defendant was convicted after trial by jury of four felony counts: use of a firearm while in possession of fentanyl, possession with the intent to distribute heroin, and possession with the intent to distribute methamphetamine and illegal possession of a stolen firearm. He was sentenced to ten years incarceration on four counts and to five years on the illegal possession of a stolen firearm, sentences to run concurrently, on May 11, 2023. An appeal with the Fifth Circuit Court of Appeal affirmed his convictions and sentences. *State v. Richards*, 23-448 (La.App. 5 Cir. 11/20/24), __ So.3d __.

The defendant now asserts that he is entitled to habeas corpus relief and appears to contend that he should be receive funds from a civil case in this court.

The defendant is not entitled to relief because he is not incarcerated in connection with this case number. Even if the court considered the matter under the case wherein the defendant is convicted, 22-5631, he would not be entitled to relief.

Louisiana law contains habeas corpus statutes, namely, LSA-C.Cr.P. art. 351 et seq., but this remedy is limited to confinement for an instituted or anticipated criminal proceeding. "Essentially, habeas corpus deals with *preconviction* complaints concerning custody." Official Revision Comment (c), LSA-C.Cr.P. art. 351. "Custody" for this purpose means only confinement from an instituted or anticipated criminal proceeding. LSA-C.Cr.P. art. 351. Because the defendant is convicted and sentenced, the state's legal remedy of habeas corpus will not apply.

Accordingly,

**IT IS ORDERED BY THE COURT** that the petition be and is hereby **DENIED**.

Gretna, Louisiana this *21st* day of *March* , 2025

_____
**JUDGE**

**PLEASE SERVE:**

Defendant: Eddie Richards, #87240, Rayburn Corr. Center, 27268 Hwy. 21 N., Angie, LA 70426

**TWENTY FOURTH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

NO. 21-1474                             DIVISION "H"

**STATE OF LOUISIANA**

**VERSUS**

**EDDIE RICHARDS**

FILED: _March 21, 2025_                                 _____
                                                      DEPUTY CLERK

## ORDER

    This matter comes before the court on the defendant's **PETITION FOR A WRIT OF HABEAS CORPUS, STAMPED AS FILED ON MARCH 17, 2025.**
    There is no conviction connected with this case number. The state entered a nolle prosequi on all counts on November 7, 2022.
    The court notes that the defendant is currently incarcerated as a result of his conviction in case number 22-5631. In that case, on April 24, 2023, the defendant was convicted after trial by jury of four felony counts: use of a firearm while in possession of fentanyl, possession with the intent to distribute heroin, and possession with the intent to distribute methamphetamine and illegal possession of a stolen firearm. He was sentenced to ten years incarceration on four counts and to five years on the illegal possession of a stolen firearm, sentences to run concurrently, on May 11, 2023. An appeal with the Fifth Circuit Court of Appeal affirmed his convictions and sentences. *State v. Richards*, 23-448 (La.App. 5 Cir. 11/20/24), ___ So.3d ___.
    The defendant now asserts that he is entitled to habeas corpus relief and appears to contend that he should be receive funds from a civil case in this court.
    The defendant is not entitled to relief because he is not incarcerated in connection with this case number. Even if the court considered the matter under the case wherein the defendant is convicted, 22-5631, he would not be entitled to relief.
    Louisiana law contains habeas corpus statutes, namely, LSA-C.Cr.P. art. 351 et seq., but this remedy is limited to confinement for an instituted or anticipated criminal proceeding. "Essentially, habeas corpus deals with *preconviction* complaints concerning custody." Official Revision Comment (c), LSA-C.Cr.P. art. 351. "Custody" for this purpose means only confinement from an instituted or anticipated criminal proceeding. LSA-C.Cr.P. art. 351. Because the defendant is convicted and sentenced, the state's legal remedy of habeas corpus will not apply.

    Accordingly,

    **IT IS ORDERED BY THE COURT** that the petition be and is hereby **DENIED.**

                    Gretna, Louisiana this _21st_ day of _March_, 2025

                                                     **JUDGE**

**PLEASE SERVE:**

Defendant: Eddie Richards, #87240, Rayburn Corr. Center, 27268 Hwy. 21 N., Angie, LA 70426



03/21/2025 11:59:01 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:

JON A. GEGENHEIMER

IMAGED APR 25 2025

ISSUED: 03/21/2025 11:59:01

I SERVED A TRUE COPY OF THE WITHIN

IN PERSON / AT DOMICILE WITH _____

___ R. C. C. ___

ON ___ 4 - 9 - 20 25 ___

MILES TRAVELED ___ 45 ___

___ Steve Lang WP-80 ___

DEPUTY SHERIFF

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF



**FIFTH CIRCUIT**
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/08/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-382**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald L. Foret (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Eddie Richards #87240 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426